Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 950
Los Angeles, CA  90014
(213) 689-3014  FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>  Marti, Jorge Alberto | ) Case No.: 2:10-bk-45766-VZ<br>)<br>) TRUSTEE'S NOTICE OF<br>) UNCLAIMED DIVIDEND<br>) (Bankruptcy Rule 3011)<br>)<br>)<br>) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 642264 in the sum of $823.61 representing the total amount of unclaimed dividend in the above-entitled debtor's estate.  The check was not deliverable at the address of record.  The Trustee, after due diligence, has not been able to locate the payee.  Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The record reflects the name and address of the party entitled to said unclaimed dividend to be:

John L. Ogletree

3101 W. Beverly Blvd., #203
Montebello, CA  90640

Date:  September 20, 2011                    /s/ Nancy Curry

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

Nancy Curry Chapter 13 Trustee                                    Check No. 642264
Pay to: 50003300  U.S. BANKRUPTCY COURT
Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|----------|-----|-------------|-------------|---------|---------------|--------------|-------|
| 1045766-VZ | 666-0 | MARTI, JORGE ALBERTO | | 1,500.39 | 823.61 | 0.00 | 823.61 |

🔒 WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

**Nancy Curry**
**Chapter 13 Trustee**                Disbursement Account           84-79        No.   642264
606 S. Olive ST., Suite 950           **Suntrust Bank**                611

Los Angeles, CA. 90014

PAY** Eight Hundred Twenty Three Dollars and 61 Cents****************************       AMOUNT****$823.61*************

                                                                        VOID AFTER December 12, 2011

U.S. BANKRUPTCY COURT
FISCAL DEPT.
255 E. TEMPLE STREET, RM 1067                            *Nancy Curry*
LOS ANGELES, CA  90012-

⑈642264⑈ ⑆061100790⑆000000575200⑈